1  Kristina N. Holmstrom
2  Nevada Bar No. 10086
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  Wells Fargo Tower, Suite 1500
   3800 Howard Hughes Parkway
4  Las Vegas, NV 89169
   Telephone:  602-778-3700
5  kristina.holmstrom@ogletree.com

6  *Attorney for Defendant Sun Life Assurance*
7  *Company of Canada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Cynthia Ricks, | CASE NO.: 2:20-cv-01359-KJD-VCF |
|---|---|
| Plaintiff, | **THE PARTIES' STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Sun Life Assurance Company of Canada, | |
| Defendant. | |

Plaintiff Cynthia Ricks and Defendant Sun Life Assurance Company of Canada (collectively the "Parties"), by their respective counsel, hereby stipulate and agree that Defendant may have an extension of time through and including August 24, 2020 to respond to Plaintiff's Complaint. The stipulated extension reflects the responsive pleading deadline agreed to by the Parties, prior to the removal of the state court action to this Court. The additional time requested is to permit Defendant to investigate and prepare a responsive pleading to Plaintiff's Complaint.

The Parties certify that this stipulation was done in good faith and not for the purposes of delay.

/ / /

/ / /

/ / /

/ / /

1   WHEREFORE, the Parties jointly request that this Court adopt the proposed deadline
2   for Defendant's response to Plaintiff's Complaint as indicated above.

    Respectfully submitted this 29th day of July 2020.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: /s/ Steven J. Parsons (with permission)<br>Steven J. Parsons<br>Nevada Bar No. 363<br>10091 Park Run Drive, Suite 200<br>Las Vegas, NV 89145-8868<br>Tel.: (702) 384-9900<br>steve@sjplawyer.com | By: /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom<br>Nevada Bar No. 10086<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Tel.: (702) 369-6800<br>kristina.holmstrom@ogletree.com |
| and | |
| SCOTT E. DAVIS, P.C.<br><br>Scott E. Davis<br>Nevada Bar No. 8788<br>8360 E. Raintree Drive, Suite 140<br>Scottsdale, AZ 85260-2687<br>Tel.: (602) 482-4300<br>davis@scottdavispc.com<br><br>*Attorneys for Plaintiff Cynthia Ricks* | *Attorneys for Defendant Sun Life Assurance Company of Canada* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  8-3-2020
_____

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

> Steven J. Parsons
> LAW OFFICES OF STEVEN J. PARSONS
> 10091 Park Run Drive, Suite 200
> Las Vegas, NV 89145-8868
> steve@sjplawyer.com
>
> Scott E. Davis
> SCOTT E. DAVIS, P.C.
> 8360 E. Raintree Drive, Suite 140
> Scottsdale, AZ 85260-2687
> davis@scottdavispc.com
>
> *Attorneys for Plaintiff Cynthia Ricks*

s/ Diane M. Kelly
An Employee of Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.

43681306.1