1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Scott E. Davis
6  Nevada Bar No. 8788
   SCOTT E. DAVIS, P.C.
7  8360 E Raintree Dr Ste 140
   Scottsdale, AZ 85260-2687
8  (602) 482-4300
   (602) 569-9720 – fax
9  davis@scottdavispc.com

10 Attorneys for Plaintiff
   CYNTHIA RICKS

11                    UNITED STATES DISTRICT COURT

12                         DISTRICT OF NEVADA

13 CYNTHIA RICKS, an individual,        | Case No. 2:20-cv-01359-KJD-(VCF)
14        Plaintiff,                    | THE PARTIES STIPULATION and
                                        | (PROPOSED) ORDER
15 vs.                                  | TO EXTEND THE DEADLINE FOR THE
                                        | PROPOSED STIPULATED DISCOVERY
16 SUN LIFE ASSURANCE COMPANY OF        | PLAN and SCHEDULING ORDER
   CANADA, a foreign corporation, doing | (Fed. R. Civ. P. 26(f) and LR 26-1(e))
17 business as SUN LIFE FINANCIAL,
18        Defendant.
19

20        Plaintiff, **CYNTHIA RICKS**, by her counsel, Steven J. Parsons of LAW OFFICES OF STEVEN

21 J. PARSONS and Defendant, **SUN LIFE ASSURANCE COMPANY OF CANADA**, by its counsel,

22 Kristina N. Holmstrom of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby stipulate to

23 jointly request that the parties be given additional time within which to propose a Discovery

24 Plan and Scheduling Order ("DPSO").

25        The parties have met and conferred and respectfully represent that:

26        1.      Defendant has agreed to produce to Plaintiff the "claim file" Defendant created

27 in administering Plaintiff's claim.  Defendant represents that it will have the claim file to



Plaintiff not later than Thursday, October 22, 2020;

2. Plaintiff will forthwith review and assess the claims file. Plaintiff has alleged a claim for disability benefits within a non-ERISA preempted plan, and claims handling torts have also been alleged. Plaintiff seeks to understand the conduct of Defendant before committing to a DPSO.

3. A proposed DPSO will then be lodged with the Court not later than Thursday, November 5, 2020. In the event the parties are not able to agree on a proposed DPSO, the parties will each file her and its proposed DPSO.

Dated: October 8, 2020.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Kristina Holmstrom<br>KRISTINA HOLMSTROM<br>Nevada Bar No. 10086 |
| Attorney for Plaintiff<br>**CYNTHIA RICKS** | Attorneys for Defendant<br>**SUN LIFE ASSURANCE COMPANY OF CANADA** |

**ORDER**

**IT IS SO ORDERED.**

Dated: 10-9-2020.

_____
U.S. MAGISTRATE JUDGE

