Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Scott E. Davis
Nevada Bar No. 8788
SCOTT E. DAVIS, P.C.
8360 E Raintree Dr Ste 140
Scottsdale, AZ 85260-2687
(602) 482-4300
(602) 569-9720 – fax
davis@scottdavispc.com

Attorneys for Plaintiff
**CYNTHIA RICKS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **CYNTHIA RICKS**, an individual, | Case No. **2:20-cv-01359-KJD-(VCF)** |
| Plaintiff, | THE PARTIES STIPULATION and (PROPOSED) ORDER |
| vs. | TO EXTEND THE DISCOVERY PLAN and SCHEDULING ORDER |
| **SUN LIFE ASSURANCE COMPANY OF CANADA**, a foreign corporation, doing business as SUN LIFE FINANCIAL, | (Fed. R. Civ. P. 26(f) and LR 26-1(e)) |
| Defendant. | SECOND REQUEST |

Plaintiff, **CYNTHIA RICKS**, by her counsel, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS and Defendant, **SUN LIFE ASSURANCE COMPANY OF CANADA**, by its counsel, Kristina N. Holmstrom of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby stipulate to jointly request that the parties be given additional time to complete discovery.

The parties have met and conferred and respectfully represent that the parties explored the possibility of settlement. In settlement discussions the parties agreed that discovery needed to be completed before a settlement could ne reached. Both parties are willing to reconsider settlement once discovery is completed.



1 **Discovery completed to date:**

2 Defendant served Interrogatories and Requests for Production of Documents on Plaintiff
3 on February 24, 2021. Plaintiff is in the process of preparing responses and anticipates
4 having them completed no later than April 26, 2021.

5 Plaintiff served Interrogatories on Plaintiff on March 23, 2021. Defendant is in the
6 process of preparing responses and anticipates having them completed no later than May 21,
7 2021.

8 **Current Deadlines:**

9 Discovery Cutoff:             August 2, 2021

10 Amend Pleadings/Add Parties:   May 4, 2021

11 Initial Expert Disclosures:   May 4, 2021

12 Rebuttal Expert Disclosures:  June 3, 2021

13 Dispositive Motions:          September 1, 2021

14 Joint Pretrial Order:         October 1, 2021

15 Interim Status Report:        June 3, 2021

16 The parties respectfully request the court extend the current deadlines by 90 days to
17 allow the parties to complete discovery and again explore the possibility of settlement.

18 **Proposed Deadlines:**

19 Discovery Cutoff:             November 1, 2021

20 Amend Pleadings/Add Parties:   August 2, 2021

21 Initial Expert Disclosures:   August 2, 2021

22 Rebuttal Expert Disclosures:  September 1, 2021

23 Dispositive Motions:          December 1, 2021    If dispositive motions are filed, the deadline

24 Joint Pretrial Order:         December 30, 2021   for filing the joint pretrial order will be suspended until

25 ~~Interim Status Report:        September 1, 2021~~   30 days after decision on the dispositive motions or further court order.

26 …

27 …



1. Dated: Thursday, April 22, 2021.

2. LAW OFFICES OF STEVEN J. PARSONS                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

3. /s/ Steven J. Parsons                          /s/ Kristina Holmstrom
   STEVEN J. PARSONS                              KRISTINA HOLMSTROM
4. Nevada Bar No. 363                             Nevada Bar No. 10086

5. Attorney for Plaintiff                         Attorneys for Defendant
   **CYNTHIA RICKS**                              **SUN LIFE ASSURANCE COMPANY OF CANADA**

7. **ORDER**

8. **IT IS SO ORDERED.**

9. Dated: 4-22-2021 .

10. _____
    **U.S. MAGISTRATE JUDGE**

