Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Scott E. Davis
Nevada Bar No. 8788
SCOTT E. DAVIS, P.C.
8360 E Raintree Dr Ste 140
Scottsdale, AZ 85260-2687
(602) 482-4300
(602) 569-9720 – fax
davis@scottdavispc.com

Attorneys for Plaintiff
CYNTHIA RICKS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA RICKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation, doing business as SUN LIFE FINANCIAL,<br><br>Defendant. | Case No. 2:20-cv-01359-KJD-(VCF)<br><br>THE PARTIES STIPULATION and <s>(PROPOSED)</s> ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA'S <u>MOTION TO COMPEL (DKT. 17)</u><br>(First Request) |

Plaintiff, **CYNTHIA RICKS**, by her counsel, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS and Defendant, **SUN LIFE ASSURANCE COMPANY OF CANADA**, by its counsel, Kristina N. Holmstrom of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby stipulate that Plaintiff shall have up to and including Wednesday, October 27, 2021 to Respond to Defendant's Motion to Compel (DKT. 17).

The parties' counsel have met and conferred and respectfully represent the Court that the parties are scheduled for a private mediation on October 18, 2021, with Ed Oster, a well know and capable mediator with Judicate West, used by these counsel in other cases.



The stipulation to extend the Plaintiff's response is in an effort to preserve the resources of the Court and parties while the parties mediate. It is not interposed for any reason to simply delay.

Dated: Monday, October 4, 2021.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Kristina Holmstrom<br>KRISTINA HOLMSTROM<br>Nevada Bar No. 10086 |
| Attorney for Plaintiff<br>**CYNTHIA RICKS** | Attorneys for Defendant<br>**SUN LIFE ASSURANCE COMPANY OF CANADA** |

## ORDER

**IT IS HEREBY ORDERED** Plaintiff shall have up to and including October 27, 2021 to file her response to Defendant's Motion to Compel (Dkt. 17).

**IT IS SO ORDERED.**

Dated: 10-4-2021.

_____
U.S. MAGISTRATE JUDGE



Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com