Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com

Scott E. Davis
Nevada Bar No. 8788
SCOTT E. DAVIS, P.C.
24654 N Lake Pleasant Pkwy Ste 103-467
Peoria, AZ 85383-0900
(602) 482-4300
(602) 569-9720 – fax
davis@scottdavispc.com

Attorneys for Plaintiff
**CYNTHIA RICKS**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **CYNTHIA RICKS**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**SUN LIFE ASSURANCE COMPANY OF CANADA**, a foreign corporation, doing business as SUN LIFE FINANCIAL,<br><br>Defendant. | Case No. **2:20-cv-01359-KJD-(VCF)**<br><br><u>THE PARTIES' STATUS REPORT</u> |

Plaintiff, **CYNTHIA RICKS**, by her counsel, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS and Defendant, **SUN LIFE ASSURANCE COMPANY OF CANADA**, by its counsel, Kristina N. Holmstrom of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby report status of this case to the Court.

On Monday, October 18, 2021, the parties engaged in mediation with private mediator Ed Oster of Judicate West in Santa Ana, CA. The parties settled all disputes between them, which will result in dismissal of this case, with prejudice.

The parties also deem as moot the pending Defendant's Motion to Compel (DKT. 17).



The parties executed a comprehensive settlement agreement. Plaintiff's payment from Defendant and thereafter, filing a Stipulation to Dismiss, with prejudice, will occur within 30 days.

Dated: Tuesday, October 19, 2021.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Steven J. Parsons<br>STEVEN J. PARSONS<br>Nevada Bar No. 363 | /s/ Kristina Holmstrom<br>KRISTINA HOLMSTROM<br>Nevada Bar No. 10086 |
| Attorney for Plaintiff<br>**CYNTHIA RICKS** | Attorneys for Defendant<br>**SUN LIFE ASSURANCE COMPANY OF CANADA** |

## ORDER

**IT IS HEREBY ORDERED** the parties shall have until December 10, 2021 to file a stipulation to dismiss or otherwise further report to the Court the status of this case.

**IT IS SO ORDERED.**

Dated:  November 11, 2021

_____
KENT J. DAWSON, U. S. DISTRICT JUDGE

