**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CYNTHIA RICKS,

        Plaintiff(s),

v.

SUN LIFE ASSURANCE COMPANY OFCANADA,

        Defendant(s).

2:20-cv-01359-KJD-VCF

**ORDER**

Before me is the motion to compel.  (ECF No. 17).

On October 19, 2021, the parties filed a status report and stated that they have reached a settlement agreement.  They deemed the pending motion to compel as moot. (ECF NO. 20).

Accordingly, and good cause appearing,

I ORDER that the motion to compel (ECF No. 17) is MOOT.

DATED this 15th day of November, 2021.

                                                                      _____

                                                                      CAM FERENBACH
                                                                      UNITED STATES MAGISTRATE JUDGE