1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Dr Ste 200
3  Las Vegas NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorneys for Plaintiff
6  **CYNTHIA RICKS**

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10 **CYNTHIA RICKS**, an individual,           Case No. **2:20-cv-01359-KJD-(VCF)**

11      Plaintiff,                            THE PARTIES' *REVISED* STIPULATION and
                                              (PROPOSED) ORDER
12 vs.                                        OF DISMISSAL, WITH PREJUDICE

13 **SUN LIFE ASSURANCE COMPANY OF CANADA**, a foreign corporation, doing
14 business as SUN LIFE FINANCIAL,

15      Defendant.
                                          /
16

17      Plaintiff, **CYNTHIA RICKS**, by her counsel, Steven J. Parsons of LAW OFFICES OF STEVEN

18 J. PARSONS and Defendant, **SUN LIFE ASSURANCE COMPANY OF CANADA**, by its counsel,

19 Kristina N. Holmstrom of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby stipulate that

20 …

21 …

22

23

24

25

26

27



10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

1  this case be dismissed, with prejudice, as all claims between the parties have been settled.

2  Dated: November ____, 2021.

3  LAW OFFICES OF STEVEN J. PARSONS                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4  /s/ Steven J. Parsons                                              /s/ Kristina Holmstrom
   STEVEN J. PARSONS                                                KRISTINA HOLMSTROM
5  Nevada Bar No. 363                                                 Nevada Bar No. 10086

6  Attorney for Plaintiff                                                   Attorneys for Defendant
   **CYNTHIA RICKS**                                                 **SUN LIFE ASSURANCE COMPANY OF CANADA**

7

8  <u>**ORDER**</u>

9  Upon the foregoing stipulation of the parties,

10  **IT IS HEREBY ORDERED** that this case is dismissed, with prejudice.

11  Dated:  11/18/2021  .

12  _____
    **U.S. DISTRICT**

